IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSE SHERIDAN, RAMACHANDRA SATTIGERI, and SURAJ UNNIKRISHAN, <br><br> Plaintiffs, <br><br> v. <br><br> GUIDED SYSTEMS TECHNOLOGIES, INC. and J. ERIC CORBAN, <br><br> Defendants. | Civil Action File No. 1:17-cv-01543-LMM |

## CONSENT JUDGMENT

On or about May 1, 2017, Plaintiffs filed a Complaint in the United States District Court for the Northern District of Georgia, Atlanta Division, designated as Civil Action File No. 1:17-cv-01543-LMM (the "Action"), in which Plaintiffs sought relief for alleged minimum and overtime wage violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.; and

WHEREFORE, it is hereby consented, stipulated and decreed that judgment is entered against Defendant in favor of the following Plaintiffs and their attorneys in the following the amounts, resulting in a total judgment in the amount of $36,234.00. Defendant Corban is liable for post-judgment interest at the rate

applicable to judgments in Georgia from September 9, 2017 on the following amounts:

| | |
|---|---|
| Jesse Sheridan | $10,976.56 |
| Ramachandra Sattigeri | $10,456.44 |
| Suraj Unnikrishnan | $5,601.00 |
| Mitchell D. Benjamin LLC | $9,200 |

This 7th day of September, 2017.

_____
Leigh Martin May
United States District Judge

CONSENTED TO:

_____   9/8/17
J. Eric Corban               Date

Atty for
Dr. Eric Corban